IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RASHEED SENSABOUGH,**

    **Plaintiff,**

v.                                                                                        Civil Action No. 3:22cv713

**MEDICAL STAFF,** *et al.*,

    **Defendants.**

## MEMORANDUM OPINION

By Memorandum Order entered on November 16, 2022, the Court conditionally docketed Plaintiff's action. On November 30, 2022, the United States Postal Service returned the November 16, 2022 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Inmate No Longer Here." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 4-20-2023                                                     /s/ M. Hannah Lauck
Richmond, Virginia                                     United States District Judge